In The 



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-08-00479-CR


 _____________________



EX PARTE KANAAN F. SCOTT






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 07-01459 







MEMORANDUM OPINION

 We have before the Court a request from the pro se appellant, Kanaan F. Scott, to
dismiss his appeal. See Tex. R. App. P. 42.2. No opinion has issued in this appeal. The
motion is granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. ____________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered April 15, 2009 

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.